UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TANYA CONSTANTINE, | No. C 12-221 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on July 12, 2012. However, as no joint statement has been filed and the parties recently filed a stipulation to continue the responsive pleading deadline to July 31, 2012, the Court VACATES the July 12 conference and ORDERS the parties to file a status report by July 31, 2012.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TANYA CONSTANTINE,

      Plaintiff,

  v.

BANK OF AMERICA et al,

      Defendant.

Case Number: CV12-00221 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya Constantine
15 Deuce Court
Fairfax, CA 94930

Dated: July 6, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2