# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| TANYA CONSTANTINE, | No. C 12-221 MEJ |
| Plaintiff, | **ORDER** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

As the parties are currently trying to resolve this litigation through a loan modification, the Court finds it unnecessary to schedule any pretrial deadlines at this time. Accordingly, the parties shall file an updated status report by September 27, 2012.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TANYA CONSTANTINE,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.

Case Number: CV12-00221 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya Constantine
15 Deuce Court
Fairfax, CA 94930

Dated: August 2, 2012

                Richard W. Wieking, Clerk
                By: Rose Maher, Deputy Clerk

2