UNITED STATES DISTRICT COURT

Northern District of California

TANYA CONSTANTINE,   No. C 12-221 MEJ

       Plaintiff,   **ORDER RE: STATUS**

  v.

BANK OF AMERICA, N.A., et al.,

       Defendants.

_____/

    Having reviewed the parties' Joint Case Management Report, the Court ORDERS the parties to file an updated status report by December 6, 2012.

**IT IS SO ORDERED.**

Dated: October 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TANYA CONSTANTINE,<br><br>        Plaintiff,<br><br> v.<br><br>BANK OF AMERICA et al,<br><br>        Defendant.<br>_____/ | Case Number: CV12-00221 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya Constantine
15 Deuce Court
Fairfax, CA 94930

Dated: October 1, 2012

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk

2