UNITED STATES DISTRICT COURT

Northern District of California

TANYA CONSTANTINE,                               No. C 12-221 MEJ

          Plaintiff,                         **ORDER RE: STATUS**

   v.

BANK OF AMERICA, N.A., et al.,

          Defendants.

_____/

    Having reviewed the parties' Joint Case Management Report, the Court ORDERS the parties to file an updated status report by December 6, 2012.

    **IT IS SO ORDERED.**

Dated: October 1, 2012

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| TANYA CONSTANTINE, | |
| Plaintiff, | Case Number: CV12-00221 MEJ |
| v. | **CERTIFICATE OF SERVICE** |
| BANK OF AMERICA et al, | |
| Defendant.                                / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya Constantine
15 Deuce Court
Fairfax, CA 94930

Dated: October 1, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2