**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| TANYA CONSTANTINE,<br><br>              Plaintiff(s),<br>   v.<br>BANK OF AMERICA,<br>              Defendant(s).<br>_____/ | No. C 12-00221 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On November 19, 2012, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 3, 2012. Dkt. No. 16. However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the January 3 hearing and ORDERS Plaintiff Tanya Constantine to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by December 27, 2012. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 10, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TANYA CONSTANTINE,                              No. C 12-00221 MEJ

              Plaintiff(s),          **CERTIFICATE OF SERVICE**
  v.

BANK OF AMERICA,

              Defendant(s).
                                                /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tanya Constantine
15 Deuce Court
Fairfax, CA 94930


Dated: December 10, 2012

                                                    Richard W. Wieking, Clerk
                                                    By: Rose Maher, Deputy Clerk