**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Andrea M. Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
E-mail:         scott.greene@bryancave.com
                    andrea.hicks@bryancave.com
                    pengm@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as "BANK OF AMERICA, NA SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC." and "BAC HOME LOAN SERVICING, INC."); THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders CWALT INC. ALTERNATIVE LOAN TRUST 2005-J8 (erroneously sued as "THE BANK OF NEW YORK" and "CWALT INC. ALTERNATIVE LOAN TRUST 2005-J2"); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CONSTANTINE,<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NA Successor in Interest to COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOAN SERVICING, INC.; THE BANK OF NEW YORK; CWALT INC. ALTERNATIVE LOAN TRUST 2005-J2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GREENPOINT MORTGAGE FUNDING, INC.; MARIN CONVEYANCING CORP.; and DOES 1 through 50;<br><br>            Defendants. | Case No. 12-CV-00221-MEJ<br><br>**JOINT STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Tanya Constantine ("Plaintiff"), in *pro se*, and defendants BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as "BANK OF AMERICA,

SF118084.1

1

STIPULATION TO DISMISS ACTION WITH PREJUDICE; CASE NO.: 12-CV-00221-MEJ

NA SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC." and "BAC HOME LOAN SERVICING, INC."); THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders CWALT INC. ALTERNATIVE LOAN TRUST 2005-J8 (erroneously sued as "THE BANK OF NEW YORK" and "CWALT INC. ALTERNATIVE LOAN TRUST 2005-J2"); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants"), through their undersigned counsel, as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that the above-captioned action should be dismissed without prejudice, at Plaintiff's request. Each side will bear its own costs and attorneys fees.

Defendants are the only named defendants who have appeared in this action.

**IT IS SO STIPULATED.**

Dated: December 20, 2012

**TANYA CONSTANTINE**

By: /s/ Tanya Constantine

Tanya Constantine
Plaintiff, Appearing *Pro Se*

Dated: December 20, 2012

**BRYAN CAVE LLP**
Michael J. Peng

By: /s/ *Michael J. Peng*
Michael J. Peng
Attorneys for Defendants
BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as "BANK OF AMERICA, NA SUCCESSOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC." and "BAC HOME LOAN SERVICING, INC."); THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders CWALT INC. ALTERNATIVE LOAN TRUST 2005-J8 (erroneously sued as "THE BANK OF NEW YORK" and "CWALT INC. ALTERNATIVE LOAN TRUST 2005-J2"); and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Dated: 1/2/2013

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Maria-Elena James

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105